In re FEDERAL CONTRACTING CO.

WILLS v. NEAT, CONDIT & GROUT.

(Circuit Court of Appeals, Seventh Circuit. January 14, 1914.)

No. 2048,

Appeal from the District Court of the United States for the Southern Division of the Southern District of Illinois; J. Otis Humphrey, Judge.

In the matter of bankruptcy proceedings of the Federal Contracting Company, bankrupt. From an order of the District Court in favor of Neat, Condit &.Grout, William V. Wills, trustee in bankruptcy, appeals. Affirmed.

Elbert C. Ferguson, of Chicago, Ill., William Mumford, of Pittsfield, Ill., and John C. Burchard, of Chicago, Ill., for appellant.

J. M. Riggs, of Winchester, Ill., for appellee.

Before BAKER, SEAMAN, and KOHLSAAT, Circuit Judges.

PER CURIAM. The facts in the present case are, for all practical purposes, identical with those of case No. 2049, decided at the January session of the court, 1914, entitled In re Federal Contracting Company, Bankrupt, Wills, trustee, etc., v. First National Bank of Beardstown, 212 Fed. 693, 129 C. C. A. 229.

The finding of the referee was, on review, approved by the District Court, and the cause is here on appeal from that order.

For reasons set out in said cause No. 2049 the order of the District Court is affirmed.